UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| King Ling Wong, et al.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Aurora Imaging Technology, Inc., et al.,<br><br>　　　　　Defendants. | Case No.　SACV 14-1006 AG (JPRx)<br>Judge:　　Hon. Andrew J. Guilford<br><br>**JUDGMENT** |

The Motion for Summary Judgment ("Motion") of Plaintiffs King Ling Wong and Lee Min Wong ("Plaintiffs") against Defendant Aurora Imaging Technology, Inc. ("Defendant") was granted by the Honorable Andrew J. Guilford.

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a final judgment is entered in favor of Plaintiffs against Defendant.

1.　Plaintiffs are entitled to damages in the sum of $1,014,166.98 and interest on this sum at the rate of 8% from October 1, 2014 until judgment is entered.

2.　Defendant shall further pay Plaintiffs' costs of suit herein.

Case 8:14-cv-01006-AG-JPR   Document 28   Filed 05/13/15   Page 2 of 2   Page ID #:238

3. Plaintiffs are entitled to reasonable attorney fees and may file an additional motion to pursue them.

Dated: May 13, 2015

By: _____
Honorable Andrew J. Guilford

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.

014971.00008
12979995.1

- 2 -
JUDGMENT